TIMOTHY E. NILAN   SBN 190194
LAW OFFICES OF TIMOTHY E. NILAN
A PROFESSIONAL LAW CORPORATION
8344 FLORENCE AVE., 2ND FL., STE. D
DOWNEY, CA 90240
TELEPHONE No. 562.862.1984
FAX No. 562.862.4350

**FILED**

JUN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff(s)<br>v.<br>Raul Luna<br>AKA: Raul LUNA-Ortiz<br>Defendant(s). | CASE NUMBER<br>08-mj-01670-JMA-1<br><br>SUBSTITUTION OF ATTORNEY |

Raul Luna   ☐ Plaintiff  ☒ Defendant  ☐ Other _____
Name of Party

hereby substitutes Retained Counsel   **TIMOTHY E. NILAN**
                                      New Attorney
as attorney of record in place and stead of   **SARAH PELOQUIN**
                                              Present Attorney

Dated   6/7/08        X _Raul Luna_ (signature)
                      Signature of Party/Authorized Representative of Party

I have given proper notice and further consent to the above substitution.

Dated   6/10/08       _Sara Pelo___ (signature)
                      Signature of Present Attorney

I am duly admitted to practice in this District.

Dated   06/05/08      _Timothy Nilan_ (signature)
                      Signature of New Attorney
                      190194
                      State Bar Number

If party requesting to appear Pro Se:

Dated _____        _____
                      Signature of Requesting Party

IT IS SO ORDERED:

Dated:   6/10/08      _____ (signature)
                      U.S. Magistrate Judge